**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Dominique J. Winters,

Plaintiff(s),

v.

Carshare Direct LLC, et al.,

Defendant(s).

Case No. 2:26-cv-02109-GMN-NJK

**REPORT AND RECOMMENDATION**

On August 12, 2026, the Court screened Plaintiff's complaint, finding that it failed to comply with Rule 8 and failed to state a federal cause of action. Docket No. 5. The Court ordered that an amended complaint had to be filed by September 3, 2026. *Id.* at 3. The Court warned that "**[f]ailure to file an amended complaint by the deadline set above will result in the recommended dismissal of this case**." *Id.* (emphasis in original). Plaintiff has not filed an amended complaint, sought extension, or otherwise taken further action in this case. Accordingly, the undersigned **RECOMMENDS** that this case be dismissed without further leave to amend. With respect to the state law claims identified in the complaint, the undersigned **RECOMMENDS** dismissal without prejudice to refiling in state court. *See* 28 U.S.C. § 1367(c)(3); *Acri v. Varian Assocs., Inc.*, 114 F.3d 999, 1000 (9th Cir. 1997) (en banc) (district court has discretion to keep, or decline to keep, state law claims under conditions set forth in § 1367(c)).

Dated: September 14, 2026

Nancy J. Koppe
United States Magistrate Judge

**NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).