**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DOMINIQUE J. WINTERS,

Plaintiff,

vs.

CARSHARE DIRECT LLC, et al.,

Defendants.

Case No.: 2:26-cv-02109-GMN-NJK

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 7), of United States Magistrate Judge Nancy J. Koppe, which recommends that this case be dismissed without further leave to amend, and that all state law claims identified in the complaint be dismissed without prejudice to refiling in state court. (R&R 1:17–20, ECF No. 7). Judge Koppe initially entered an Order on August 12, 2026, granting Plaintiff's application to proceed in this case *in forma pauperis* and dismissing Plaintiff's complaint with leave to amend. (Order, ECF No. 5). This Order notified Plaintiff that failure to file an amended complaint by September 3, 2026, will result in recommended dismissal of the case. (*Id.* 3:7–18). Plaintiff did not file an amended complaint, seek extension, nor take other further action in this case. (R&R 1:16–17).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R.

IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* R&R) (setting a September 28, 2026 deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 7), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that this case be **DISMISSED** without further leave to amend.

**IT IS FURTHER ORDERED** that the state law claims identified in the complaint are **DISMISSED** leave to amend but without prejudice to refiling in state court.

The Clerk of Court is kindly directed to close this case.

**DATED** this __7__ day of October, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT